UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LORRAINE DAVIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:17-cv-03286-SEB-DML |
| ) | |
| RECEIVABLES PERFORMANCE ) | |
| MANAGEMENT, LLC, ) | |
| ) | |
| Defendant. ) | |

### Order Granting Motion to Appear *Pro Hac Vice*

This case is before the court on the defendant's motion for admission *pro hac vice* of Sean P. Flynn. The court notes that Mr. Flynn's certification refers to an attached list of courts where he is admitted to practice and in good standing; in fact, no such list was filed. However, court staff found that Mr. Flynn is admitted to practice and in good standing in California. Therefore, the court will GRANT the motion. Sean P. Flynn is granted leave to appear *pro hac vice* in this case on behalf of the defendant. The court FURTHER ORDERS that Sean P. Flynn register as a user of the court's electronic case filing system by **January 31, 2018**. Failure to register could result in the revocation of admission *pro hac vice*.

So ORDERED.

Date: 1/19/2018

_Debra McVicker Lynch_
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:
All ECF-registered counsel of record via email generated by the court's ECF system

Service via first-class U.S. Mail on:

Sean P. Flynn
GORDON REES SCULLY MANSUKHANI, LLP
2211 Michelson Drive, Suite 400
Irvine, CA 92612
Tel: 949-255-6958
Fax: 949-474-2060
Email: sflynn@grsm.com