IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LORRAINE DAVIS,<br><br>        Plaintiff,<br>v.<br><br>RECEVIABLES PERFORMANCE MANAGEMENT, LLC.<br><br>        Defendant. | Case No.  1:17-cv-03286-SEB-DLP<br><br>Honorable Judge Sarah E. Barker |

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff, LORRAINE DAVIS ("Plaintiff"), by and through her attorneys, having filed with this Court her Agreed Stipulation of Dismissal with Prejudice and the Court having reviewed same, now finds that this matter should be dismissed.

IT IS THEREFORE ORDERED by this Court that the above cause of action is hereby dismissed, with prejudice.

DISTRIBUTION:

Dated:  _____9/26/2018_____          _____
                                                                                SARAH EVANS BARKER, JUDGE
                                                                                United States District Court
                                                                                Southern District of Indiana

Distribution to counsele of record via CM/ECF